IN THE MATTER OF THE EXAMINATION OF CLAUDIUS EDLUNDS, A JUDGMENT DEBTOR, IN PROCEEDINGS SUPPLEMENTARY TO EXECUTION.

*Judgment debtor — when a watch is exempt from seizure, as being a tool and implement necessary for the debtor's occupation.*

APPEAL from an order, made at chambers, denying a motion for the appointment of a receiver in proceedings supplementary to execution.

The court at General Term said : " The examination of the defendant disclosed no property, except a cheap watch and chain and a trunk and some clothing. The judgment debtor is a clothing cutter and an unmarried man, but certainly he is entitled to all tools and implements necessary for his occupation, of which a watch may well be one. There was nothing to receive and no occa-

sion for a receiver. The order should be affirmed, with costs and disbursements."

*Edward S. Hatch*, for judgment creditors, appellants.

*McGuire & Kuhn*, for judgment debtor, respondent.

Opinion by DYKMAN, J.; BARNARD, P. J., and PRATT, J., concurred.

Order denying motion for a receiver affirmed, with costs and disbursements.